THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LOCAL NO. 1 PENSION TRUST FUND and<br>LOCAL NO. 1 HEALTH FUND,<br><br>　　　　　　　　　　Plaintiff<br><br>　　-vs-<br><br>THE KOPLEY GROUP, INC., an Ill. Corp.,<br><br>　　　　　　　　　　Defendant<br><br>　　　　and<br><br>HARRIS BANK,<br><br>　　　　　　　　　　Garnishee Defendant. | Case No. 06C 4712<br><br>Judge Bucklo |

## MOTION FOR JUDGMENT ON GARNISHMENT ANSWER

NOW COME the Plaintiffs, LOCAL NO. 1 PENSION TRUST FUND and LOCAL NO. 1 HEALTH FUND, by and through their Attorney, Robert B. Greenberg, and move this Honorable Court to enter judgment in the amount of $9,497.03 in favor of Plaintiffs and against Garnishee Defendant, HARRIS BANK, pursuant to Garnishee's answer to Plaintiffs' garnishment attached hereto, and further to order Garnishee Defendant to pay Plaintiffs the monies due hereunder within ten days from the date of the Court's Order.

　　　　　　　　　　　　　　　　　　　/s/ Robert B. Greenberg
　　　　　　　　　　　　　　　　　　Asher, Gittler, Greenfield & D'Alba, Ltd.
　　　　　　　　　　　　　　　　　　200 West Jackson Boulevard
　　　　　　　　　　　　　　　　　　Suite 1900
　　　　　　　　　　　　　　　　　　Chicago, Illinois 60606
　　　　　　　　　　　　　　　　　　(312) 263-1500
　　　　　　　　　　　　　　　　　　IL ARDC#: 01047558

Dated: 12/8/06